## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, April 10, 2023 12:56 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 7:21-cv-07161-CS Windard Bora LLC v. Sotomayor et al Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/10/2023 at 12:55 PM EDT and filed on 4/10/2023

| | |
|---|---|
| **Case Name:** | Windard Bora LLC v. Sotomayor et al |
| **Case Number:** | [7:21-cv-07161-CS](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [88] Notice of Interlocutory Appeal, filed by Alexandria Loaiza, John Sotomayor were transmitted to the U.S. Court of Appeals..(nd)**

**7:21-cv-07161-CS Notice has been electronically mailed to:**

Mojdeh Malekan     mmalekan@hasbanilight.com, Hllawpc@gmail.com

Rafi Hasbani     hllawpc@gmail.com, rhasbani@hasbanilight.com

Seth Daniel Weinberg     seth@nyfclaw.com, nina@nyfclaw.com

Steven Amshen     samshen@lawpetroff.com, 1977413420@filings.docketbird.com

**7:21-cv-07161-CS Notice has been delivered by other means to:**

APPEAL,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:21−cv−07161−CS

Windard Bora LLC v. Sotomayor et al
Assigned to: Judge Cathy Seibel
Cause: 15:294 Breach of Contract

Date Filed: 08/25/2021
Jury Demand: None
Nature of Suit: 220 Real Property:
Foreclosure
Jurisdiction: Diversity

**Plaintiff**

**Windward Bora LLC**

represented by **Seth Daniel Weinberg**
The Margolin & Weinreb Law Group,
LLP
165 Eileen Way
Ste 101
Syosset, NY 10123
516−921−3838
Fax: 516−921−3824
Email: seth@nyfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mojdeh Malekan**
Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1408
New York, NY 10123
212−643−6677
Email: mmalekan@hasbanilight.com
*ATTORNEY TO BE NOTICED*

**Rafi Hasbani**
Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1408
New York, NY 10123
212−643−6677
Email: hllawpc@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Sotomayor**

represented by **Steven Amshen**
Petroff Amshen LLP
1795 Coney Island Avenue, Ste 3
Brooklyn, NY 11230
718−336−4200
Fax: 718−336−4242
Email: samshen@lawpetroff.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexandria Loaiza**

represented by **Steven Amshen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Express Centurion Bank**

**Defendant**

**Midland Funding LLC**
*doing business as*
In New York as Midland Funding of
Delaware, LLC

**Defendant**

**Capital One Bank (USA), N.A.**

**Defendant**

**John Doe**
*TERMINATED: 09/23/2021*

**Defendant**

**Jane Doe**
*TERMINATED: 09/23/2021*

**Counter Claimant**

**Alexandria Loaiza**                    represented by  **Steven Amshen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**John Sotomayor**                       represented by  **Steven Amshen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Windward Bora LLC**                    represented by  **Seth Daniel Weinberg**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Rafi Hasbani**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2021 | 1 | COMPLAINT against American Express Centurion Bank, Capital One Bank (USA), N.A., Jane Doe, John Doe, Alexandria Loaiza, Midland Funding LLC d/b/a in New York as Midland Funding of Delaware LLC, John Sotomayor. (Filing Fee $ 402.00, Receipt Number ANYSDC−24979146)Document filed by WINDWARD BORA, LLC. (Attachments: # 1 Ex A – Schedule A, # 2 Ex B – Note, # 3 Ex C – Mortgage, # 4 Ex D – American Express Judgment, # 5 Ex E – Midland Funding Judgment, # 6 Ex F – Capital One Judgment, # 7 Ex G – Default Letter, # 8 Ex H – 1304 Notices With 1306 Compliance, # 9 Ex I – Covid 19 Declaration, # 10 Help For Homeowners Notice, # 11 RPAPL 1320 Notice).(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 3 | CIVIL COVER SHEET filed..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to John Sotomayor, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Alexandria Loaiza, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: |

| | | |
|---|---|---|
| | | 08/25/2021) |
| 08/25/2021 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to American Express Centurion Bank, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Midland Funding LLC, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Capital One Bank (USA), N.A., re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 9 | **FILING ERROR – DEFICIENT – SUMMONS REQUEST –** REQUEST FOR ISSUANCE OF SUMMONS as to John Doe, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) Modified on 8/26/2021 (vf). (Entered: 08/25/2021) |
| 08/25/2021 | 10 | **FILING ERROR – DEFICIENT– SUMMONS REQUEST –** REQUEST FOR ISSUANCE OF SUMMONS as to Jane Doe, re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) Modified on 8/26/2021 (vf). (Entered: 08/25/2021) |
| 08/25/2021 | 11 | NOTICE of NOTICE OF PENDENCY re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 12 | NOTICE of Certificate of Merit re: 1 Complaint,,. Document filed by WINDWARD BORA, LLC..(Hasbani, Rafi) (Entered: 08/25/2021) |
| 08/25/2021 | 13 | NOTICE OF APPEARANCE by Seth Daniel Weinberg on behalf of WINDWARD BORA, LLC..(Weinberg, Seth) (Entered: 08/25/2021) |
| 08/26/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Rafi Hasbani . The party information for the following party/parties has been modified: WINDWARD BORA, LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (vf) (Entered: 08/26/2021)** |
| 08/26/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Rafi Hasbani. The following case opening statistical information was erroneously selected/entered: County code Westchester. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf) (Entered: 08/26/2021)** |
| 08/26/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Cathy Seibel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 08/26/2021) |
| 08/26/2021 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | | Case Designated ECF. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | 14 | ELECTRONIC SUMMONS ISSUED as to John Sotomayor. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | 15 | ELECTRONIC SUMMONS ISSUED as to Alexandria Loaiza. (vf) (Entered: 08/26/2021) |

| | | |
|---|---|---|
| 08/26/2021 | 16 | ELECTRONIC SUMMONS ISSUED as to American Express Centurion Bank. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | 17 | ELECTRONIC SUMMONS ISSUED as to Midland Funding LLC. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | 18 | ELECTRONIC SUMMONS ISSUED as to Capital One Bank (USA), N.A.. (vf) (Entered: 08/26/2021) |
| 08/26/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Rafi Hasbani to RE–FILE Document No. 10 Request for Issuance of Summons, 9 Request for Issuance of Summons. The filing is deficient for the following reason(s): The Request for Issuance of Summons cannot be issued for the party requested because it does not identify the party subject to service. Pursuant to FRCP Rule 4(a)(1)(A) and FRCP Rule 4(a)(1)(B) : a summons must name the parties and be directed to the defendant. Once the party has been identified, the filing party may request a summons at that time. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (vf) (Entered: 08/26/2021) |
| 09/07/2021 | 19 | ANSWER to 1 Complaint,,,, COUNTERCLAIM against Windward Bora LLC. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 09/07/2021) |
| 09/07/2021 | 20 | NOTICE OF INITIAL COURT CONFERENCE: Counsel for all parties herein shall appear in a conference for the purpose of case management and scheduling pursuant to Fed. R. Civ. P. 16 on October 14, 2021 at 4:15 p.m. (via telephone). Pursuant to Judge Seibel's Emergency Individual Rules and Practices in light of COVID–19, last revised on July 29, 2021, the parties are directed to attend by phone using the following information: Toll–Free Tele–conference number: (877) 336 1839 to call in and enter access code: 1047966#. The parties should call in from a landline phone (if possible), announce their last name(s) before addressing the Court at any time during the call, and mute their lines (pressing *6 on phone) when not speaking. Initial Conference set for 10/14/2021 at 04:15 PM before Judge Cathy Seibel. Telephone Conference set for 10/14/2021 at 04:15 PM before Judge Cathy Seibel..(kv) (Entered: 09/07/2021) |
| 09/13/2021 | 21 | SUMMONS RETURNED EXECUTED. John Sotomayor served on 9/8/2021, answer due 9/29/2021. Service was accepted by Alexandria Loaiza. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/13/2021) |
| 09/13/2021 | 22 | SUMMONS RETURNED EXECUTED. Alexandria Loaiza served on 9/8/2021, answer due 9/29/2021. Service was accepted by Alexandria Loaiza. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/13/2021) |
| 09/13/2021 | 23 | SUMMONS RETURNED EXECUTED. American Express Centurion Bank served on 9/7/2021, answer due 9/28/2021. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/13/2021) |
| 09/13/2021 | 24 | SUMMONS RETURNED EXECUTED. Midland Funding LLC served on 9/7/2021, answer due 9/28/2021. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/13/2021) |
| 09/17/2021 | 25 | NOTICE of MORTGAGORS DECLARATION OF COVID–19–RELATED HARDSHIP. Document filed by John Sotomayor..(Amshen, Steven) (Entered: 09/17/2021) |
| 09/17/2021 | 26 | SUMMONS RETURNED EXECUTED. Capital One Bank (USA), N.A. served on 8/26/2021, answer due 9/16/2021. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/17/2021) |
| 09/20/2021 | 27 | LETTER MOTION for Conference re: 25 Notice (Other) *Hearing Concerning Alleged Hardship Asserted by Defendant John Sotomayor* addressed to Judge Cathy Seibel from Seth D. Weinberg, Esq. dated September 20, 2021. Document filed by Windward Bora LLC. (Attachments: # 1 Ex A – Covid Act, # 2 Ex B – Revised Covid Act, # 3 Ex C – Hardship Declaration).(Weinberg, Seth) (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 09/20/2021 | 28 | ORDER granting 27 Letter Motion for Conference re: 27 : The proposed hearing will be discussed at the already scheduled 10/14/21 conference. Plaintiff shall state his position, by letter of no more than 3 pages, by 10/7/21. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 09/20/2021) |
| 09/23/2021 | 29 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, against the defendant(s) Jane Doe, John Doe. Document filed by Windward Bora LLC. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)...**(Weinberg, Seth) (Entered: 09/23/2021) |
| 09/23/2021 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 29 Notice of Voluntary Dismissal, was reviewed and referred to Judge Cathy Seibel for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (dt)** (Entered: 09/23/2021) |
| 09/23/2021 | 30 | PARTIAL NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Windward Bora, LLC and/or their counsel, hereby give notice that the above captioned action is voluntarily dismissed as to the defendants "John Doe" and "Jane Doe." SO ORDERED. Jane Doe and John Doe terminated. (Signed by Judge Cathy Seibel on 9/23/2021) (kv) (Entered: 09/23/2021) |
| 09/24/2021 | 31 | AFFIDAVIT OF SERVICE of Notice of Initial Court Conference served on All Defendants on 9/9/2021. Service was made by MAIL. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 09/24/2021) |
| 10/04/2021 | 32 | LETTER RESPONSE to Motion addressed to Judge Cathy Seibel from John Sotomayor dated October 4, 2021 re: 27 LETTER MOTION for Conference re: 25 Notice (Other) *Hearing Concerning Alleged Hardship Asserted by Defendant John Sotomayor* addressed to Judge Cathy Seibel from Seth D. Weinberg, Esq. dated September 20, 2021. . Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 10/04/2021) |
| 10/04/2021 | 33 | ANSWER to 19 Counterclaim. Document filed by Windward Bora LLC..(Weinberg, Seth) (Entered: 10/04/2021) |
| 10/05/2021 | 34 | LETTER addressed to Judge Cathy Seibel from Seth D. Weinberg dated October 5, 2021 re: Plaintiffs Position Concerning Alleged Hardship. Document filed by Windward Bora LLC. (Attachments: # 1 Ex A – Amended Covid Act, # 2 Ex B – State Foreclosure Docket, # 3 Ex C – State Order Concerning Hardship).(Weinberg, Seth) (Entered: 10/05/2021) |
| 10/11/2021 | 35 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Affirmation In Support of Certificate of Default, # 2 Ex A – Affidavit of Service, # 3 Proposed Certificate).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/12/2021 (km). (Entered: 10/11/2021) |
| 10/11/2021 | 36 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Affirmation In Support of Certificate of Default, # 2 Ex A – Affidavit of Service, # 3 Proposed Certificate).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/12/2021 (km). (Entered: 10/11/2021) |
| 10/11/2021 | 37 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Affirmation in Support, # 2 Ex A – Affidavit of Service, # 3 Proposed Certificate).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/12/2021 (km). (Entered: 10/11/2021) |
| 10/12/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Attorney Seth Weinberg.** |

| | | |
|---|---|---|
| | | **RE–FILE Document No. 35 Proposed Clerk's Certificate of Default 36 Proposed Clerk's Certificate of Default 37 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): The clerk's certificates are not as to form. Please use the sample clerk's certificate that is on our website under forms. The documents are not filed correctly, please refer to ECF Rule 16.1. (km)** (Entered: 10/12/2021) |
| 10/13/2021 | 38 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Proposed Clerk's Certificate Judgment, # 2 Affirmation In Support, # 3 Ex A – Affidavit of Service).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/13/2021 (km). (Entered: 10/13/2021) |
| 10/13/2021 | 39 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Proposed Clerk's Certificate Clerk's Certificate Judgment, # 2 Affirmation In Support, # 3 Ex A – Affidavit of Service).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/13/2021 (km). (Entered: 10/13/2021) |
| 10/13/2021 | 40 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC. (Attachments: # 1 Proposed Clerk's Certificate, # 2 Affirmation in Support, # 3 Ex A – Affidavit of Service).(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/13/2021 (km). (Entered: 10/13/2021) |
| 10/13/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Attorney Seth Weinberg. RE–FILE Document No. 40 Proposed Clerk's Certificate of Default 38 Proposed Clerk's Certificate of Default 39 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proposed clerk's certificate of default does not list the name of the person who accepted service of the summons and complaint. The documents are not filed properly. Please refer to ECF Rule 16.1. (km)** (Entered: 10/13/2021) |
| 10/14/2021 | | Minute Entry for proceedings held before Judge Cathy Seibel: Initial Conference held on 10/14/2021. Plaintiff's counsel Seth Weinberg, Esq. appears telephonically. Defendants' counsel Steven Amshen, Esq. appears telephonically. Law Clerk Jennifer Butwin appears telephonically. The Court deems Plaintiff's September 20, 2021 as a Motion. By November 8, 2021, the parties are directed to request documents from each other to bring in. By November 15, 2021, the parties are directed to exchange exhibits and also send hard copies of the exhibits to chambers. The Court will hold an evidentiary hearing on November 22, 2021 at 9:30 a.m. at Courtroom TBD. See transcript. (Evidentiary Hearing set for 11/22/2021 at 09:30 AM before Judge Cathy Seibel). (Court Reporter Tabitha Dente) (wc) (Entered: 10/15/2021) |
| 10/27/2021 | 41 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC..(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/27/2021 (km). (Entered: 10/27/2021) |
| 10/27/2021 | 42 | DECLARATION of Seth D. Weinberg re: 41 Proposed Clerk's Certificate of Default *concerning American Express Centurion Bank*. Document filed by Windward Bora LLC. (Attachments: # 1 Ex A – Affidavit of Service).(Weinberg, Seth) (Entered: 10/27/2021) |
| 10/27/2021 | 43 | CLERK'S CERTIFICATE OF DEFAULT as to AMERICAN EXPRESS CENTURION BANK.(km) (Entered: 10/27/2021) |
| 10/27/2021 | 44 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC..(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/27/2021 (km). (Entered: 10/27/2021) |

| | | |
|---|---|---|
| 10/27/2021 | 45 | DECLARATION of Seth D. Weinberg re: 44 Proposed Clerk's Certificate of Default *MIDLAND FUNDING LLC D/B/A IN NEW YORK AS MIDLAND FUNDING OF DELAWARE*. Document filed by Windward Bora LLC. (Attachments: # 1 Ex A – Affidavit of Service).(Weinberg, Seth) (Entered: 10/27/2021) |
| 10/27/2021 | 46 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Windward Bora LLC..(Weinberg, Seth) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 10/27/2021 (km). (Entered: 10/27/2021) |
| 10/27/2021 | 47 | CLERK'S CERTIFICATE OF DEFAULT as to Midland Funding LLC doing business as In New York as Midland Funding of Delaware, LLC.(km) (Entered: 10/27/2021) |
| 10/27/2021 | 48 | DECLARATION of Seth D. Weinberg re: 46 Proposed Clerk's Certificate of Default, *CAPITAL ONE BANK (USA), N.A.*. Document filed by Windward Bora LLC. (Attachments: # 1 Ex A – Affidavit of Service).(Weinberg, Seth) (Entered: 10/27/2021) |
| 10/27/2021 | 49 | CLERK'S CERTIFICATE OF DEFAULT as to CAPITAL ONE BANK (USA), N.A.(km) (Entered: 10/27/2021) |
| 11/11/2021 | 50 | LETTER addressed to Judge Cathy Seibel from Alexandria Loaiza and John Sotomayor dated November 11, 2021 re: November 22, 2021 evidentiary hearing. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 11/11/2021) |
| 11/11/2021 | 51 | MEMO ENDORSEMENT on re: 50 Letter filed by Alexandria Loaiza, John Sotomayor. ENDORSEMENT: Instead of the hearing, on 11/22/21 we will discuss scheduling of discovery (if necessary) and motions. SO ORDERED. (Signed by Judge Cathy Seibel on 11/11/2021) (mml) (Entered: 11/12/2021) |
| 11/22/2021 | | Minute Entry for proceedings held before Judge Cathy Seibel: Status Conference held on 11/22/2021. Plaintiff's counsel Rafi Hasbani, Esq. appears telephonically. Defendants' counsel Steven Amshen, Esq. appears telephonically. Law Clerk Jennifer Butwin appears telephonically. Plaintiff's Motion for Summary Judgment to be submitted by January 7, 2022; Defendants' opposition and cross–motion due February 7, 2022; Plaintiff's reply and opposition to Defendants' cross–motion due February 28, 2022; Defendants' reply to cross–motion due March 14, 2022. See transcript. (Court Reporter Tabitha Dente) (wc) (Entered: 11/23/2021) |
| 02/28/2022 | 52 | LETTER MOTION for Extension of Time to File Response/Reply *and Opposition to Cross–Motion* addressed to Judge Cathy Seibel from Rafi Hasbani dated 02/28/2022. Document filed by Windward Bora LLC..(Hasbani, Rafi) (Entered: 02/28/2022) |
| 02/28/2022 | 53 | ORDER granting 52 Letter Motion for Extension of Time to File Response/Reply: Plaintiffs Reply and Opposition to Defendants Cross–Motion, to be served by March 7, 2022. Defendants Reply to Cross–Motion to be served, and all papers to be filed, on March 21, 2022. Please remember to send hard copies to chambers. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 02/28/2022) |
| 03/01/2022 | 54 | NOTICE OF APPEARANCE by Mojdeh Malekan on behalf of Windward Bora LLC..(Malekan, Mojdeh) (Entered: 03/01/2022) |
| 07/07/2022 | 55 | ORDER: By no later than July 11, 2022, the parties shall provide to the Court a written explanation of why neither party has filed its summary judgment papers on the docket. (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) (JR) (Entered: 07/07/2022) |
| 07/07/2022 | 56 | LETTER addressed to Judge Cathy Seibel from Steven Amshen dated July 7, 2022 re: July 7, 2022 Text Order (ECF No. 55). Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/07/2022) |
| 07/07/2022 | 57 | LETTER addressed to Judge Cathy Seibel from Mojdeh Malekan dated 7/7/2022 re: July 7, 2022 Text Order (ECF No. 55). Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 07/07/2022) |

| 07/08/2022 | 58 | ORDER re: 56 Letter filed by Alexandria Loaiza, John Sotomayor, 57 Letter filed by Windward Bora LLC : Counsel for Plaintiff shall promptly file all motion papers on the ECF system. (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) (Seibel, Cathy) (Entered: 07/08/2022) |
|---|---|---|
| 07/08/2022 | 59 | MOTION for Summary Judgment . Document filed by Windward Bora LLC. (Attachments: # 1 Exhibit Ex A – Full Filed Complaint with Exhibits, # 2 Exhibit Ex B – AOS, # 3 Exhibit Ex C – Sotomayor Answer with CC, # 4 Exhibit Ex D – Certificates of Default, # 5 Exhibit Ex E – Dismissal Against Does, # 6 Exhibit Ex F – Notice of Pendency, # 7 Exhibit Ex G – 2013 S&C, # 8 Exhibit Ex H – Voluntary Discontinuance of 2013 Action, # 9 Exhibit Ex I – Order Dismissing 2019 Case, # 10 Exhibit Ex J – 2019 Docket, # 11 Exhibit Ex K – Judge Seibel Decision Transcript, # 12 Exhibit Ex L – 1306 Proof of Filing, # 13 Exhibit Ex M – Proposed JFS).(Malekan, Mojdeh) (Entered: 07/08/2022) |
| 07/08/2022 | 60 | AFFIDAVIT of Yonel Devico in Support re: 59 MOTION for Summary Judgment .. Document filed by Windward Bora LLC. (Attachments: # 1 Exhibit Ex A – Note, # 2 Exhibit Ex B – Mortgage, # 3 Exhibit Ex C – Payment History, # 4 Exhibit Ex D – Payoff).(Malekan, Mojdeh) (Entered: 07/08/2022) |
| 07/08/2022 | 61 | DECLARATION of Mojdeh Malekan in Support re: 59 MOTION for Summary Judgment .. Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 07/08/2022) |
| 07/08/2022 | 62 | MEMORANDUM OF LAW in Support re: 59 MOTION for Summary Judgment . . Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 07/08/2022) |
| 07/08/2022 | 63 | RULE 56.1 STATEMENT. Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 07/08/2022) |
| 07/08/2022 | 64 | **FILING ERROR – WRONG FILER SELECTED –** FIRST MOTION for Summary Judgment *By Defendants and opposition to Plaintiff's MSJ*. Document filed by Windward Bora LLC. Responses due by 7/11/2022 Return Date set for 7/11/2022 at 10:00 AM. (Attachments: # 1 Affidavit Alexandre Loiza, # 2 Affidavit John Sotomayor, # 3 Affidavit Attorney declaration, # 4 Exhibit Complaint, # 5 Exhibit Answer, # 6 Exhibit Plaintiff's reply, # 7 Exhibit 2013 Action, # 8 Exhibit Order, # 9 Exhibit Summons, # 10 Exhibit 1304 notices, # 11 Exhibit 2021 version of 1304, # 12 Exhibit Memo of Law).(Hasbani, Rafi) Modified on 7/12/2022 (kj). (Entered: 07/08/2022) |
| 07/08/2022 | 65 | RULE 56.1 STATEMENT. Document filed by Windward Bora LLC. (Attachments: # 1 Supplement Rule 56.1 Counter statement).(Hasbani, Rafi) (Entered: 07/08/2022) |
| 07/08/2022 | 66 | **FILING ERROR – DEFICIENT DOCKET ENTRY – SIGNATURE ERROR –** FIRST REPLY MEMORANDUM OF LAW in Opposition re: 59 MOTION for Summary Judgment ., 64 FIRST MOTION for Summary Judgment *By Defendants and opposition to Plaintiff's MSJ.* . Document filed by Windward Bora LLC. (Attachments: # 1 Affidavit Attorney declaration, # 2 Exhibit Complaint, # 3 Exhibit LP, # 4 Exhibit Affirmation in support of cancelling LP, # 5 Exhibit 2019 Admissions, # 6 Exhibit 2013 NOA).(Hasbani, Rafi) Modified on 7/12/2022 (kj). (Entered: 07/08/2022) |
| 07/08/2022 | 67 | **FILING ERROR – WRONG FILER SELECTED –** FIRST REPLY MEMORANDUM OF LAW in Support re: 59 MOTION for Summary Judgment ., 64 FIRST MOTION for Summary Judgment *By Defendants and opposition to Plaintiff's MSJ.* . Document filed by Windward Bora LLC. (Attachments: # 1 Affidavit Attorney declaration, # 2 Exhibit Exhibit A).(Hasbani, Rafi) Modified on 7/12/2022 (kj). (Entered: 07/08/2022) |
| 07/08/2022 |  | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Rafi Hasbani to RE–FILE Document 64 FIRST MOTION for Summary Judgment *By Defendants and opposition to Plaintiff's MSJ*.. ERROR(S): The wrong filers were selected. The signature does not match the filer. \*\*\*REMINDER\*\*\* First file the Motion. Then file your Supporting Documents. Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type – Replies, Opposition and Supporting Documents. Affidavit, Declaration and Memorandum of Law are found under the event list. (kj)** (Entered: 07/12/2022) |

| 07/08/2022 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Rafi Hasbani to RE–FILE Document 66 Reply Memorandum of Law in Oppisition to Motion,,. ERROR(S): Incomplete Document (i.e., No signature or s/). ***REMINDER*** Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type – Replies, Opposition and Supporting Documents. Memorandum of Law and Declaration are found under the event list. (kj)** (Entered: 07/12/2022) |
|---|---|---|
| 07/08/2022 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Rafi Hasbani to RE–FILE Document 67 Reply Memorandum of Law in Support of Motion,. ERROR(S): The wrong filer was selected. The signature does not match the filer. ***REMINDER*** Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type – Replies, Opposition and Supporting Documents. Memorandum of Law and Declaration are found under the event list. (kj)** (Entered: 07/12/2022) |
| 07/13/2022 | 68 | CROSS MOTION for Summary Judgment . Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 69 | DECLARATION of Steven Amshen in Support re: 68 CROSS MOTION for Summary Judgment .. Document filed by Alexandria Loaiza, John Sotomayor. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – Defendants' Answer with Counterclaims, # 3 Exhibit C – Plaintiff's Reply, # 4 Exhibit D – 2013 Action (First Action), # 5 Exhibit E – Complaint, Order, and April 15, 2021 Judgment in 2019 Action, # 6 Exhibit F – Summonses, # 7 Exhibit G – RPAPL 1304 notices, # 8 Exhibit H – 2021 version of RPAPL 1304).(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 70 | AFFIDAVIT of Alexandra Loaiza in Support re: 68 CROSS MOTION for Summary Judgment .. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 71 | AFFIDAVIT of John Sotomayor in Support re: 68 CROSS MOTION for Summary Judgment .. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 72 | MEMORANDUM OF LAW in Support re: 68 CROSS MOTION for Summary Judgment . . Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 73 | RESPONSE in Support of Motion re: 68 CROSS MOTION for Summary Judgment . *Rule 56.1 Statement*. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 74 | RESPONSE in Opposition to Motion re: 59 MOTION for Summary Judgment . *Rule 56.1 Counter–Statement*. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 75 | REPLY AFFIRMATION of Steven Amshen in Support re: 68 CROSS MOTION for Summary Judgment .. Document filed by Alexandria Loaiza, John Sotomayor. (Attachments: # 1 Exhibit A – NYSCEF case details for 70725/2013).(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 76 | REPLY MEMORANDUM OF LAW in Support re: 68 CROSS MOTION for Summary Judgment . . Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 07/13/2022) |
| 07/13/2022 | 77 | DECLARATION of Mojdeh Malekan in Opposition re: 68 CROSS MOTION for Summary Judgment .. Document filed by Windward Bora LLC. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – LP, # 3 Exhibit C – Affirmation in support of canceling LP in 2013 case, # 4 Exhibit D – Sotomayor 2019 opp and admission, # 5 Exhibit E – 2013 Sotomayor Notice of Appearance).(Malekan, Mojdeh) (Entered: 07/13/2022) |
| 07/13/2022 | 78 | FIRST REPLY MEMORANDUM OF LAW in Opposition re: 68 CROSS MOTION for Summary Judgment . . Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 07/13/2022) |

| | | |
|---|---|---|
| 02/07/2023 | 79 | LETTER addressed to Judge Cathy Seibel from Steven Amshen dated February 7, 2023 re: Foreclosure Abuse Prevention Act. Document filed by Alexandria Loaiza, John Sotomayor. (Attachments: # 1 Exhibit Foreclosure Abuse Prevention Act).(Amshen, Steven) (Entered: 02/07/2023) |
| 02/07/2023 | 80 | MEMO ENDORSEMENT on re: 79 Letter, filed by Alexandria Loaiza, John Sotomayor. ENDORSEMENT: Each side may, no later than 2/14/23, submit a letter–brief of no more than 4 single–spaced pages addressing the effect of the new statute. SO ORDERED. (Signed by Judge Cathy Seibel on 2/7/2023) (mml) (Entered: 02/07/2023) |
| 02/14/2023 | 81 | RESPONSE re: 80 Memo Endorsement, *Foreclosure Abuse Prevention Act*. Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 02/14/2023) |
| 02/14/2023 | 82 | AMENDED RESPONSE re: 81 Response, 80 Memo Endorsement, . Document filed by Alexandria Loaiza, John Sotomayor..(Amshen, Steven) (Entered: 02/14/2023) |
| 02/14/2023 | 83 | FIRST LETTER addressed to Judge Cathy Seibel from Mojdeh Malekan dated 2/14/2023 re: Court's so–ordered memo endorsement dated 2/7/2023. Document filed by Windward Bora LLC..(Malekan, Mojdeh) (Entered: 02/14/2023) |
| 02/15/2023 | 84 | LETTER addressed to Judge Cathy Seibel from Mojdeh Malekan dated 2/15/2023 re: Bank of America. N.A. v. Kessler. Document filed by Windward Bora LLC. (Attachments: # 1 Exhibit BOA v. Kessler Decision).(Malekan, Mojdeh) (Entered: 02/15/2023) |
| 02/16/2023 | 85 | ORDER: Accordingly, by 5:00 p.m. on February 21, 2023, Plaintiff shall file a letter via ECF explaining the basis for its assertion that diversity of citizenship exists and providing factual support for that assertion. SO ORDERED. (Signed by Judge Cathy Seibel on 2/16/2023) (vfr) (Entered: 02/16/2023) |
| 02/21/2023 | 86 | LETTER addressed to Judge Cathy Seibel from Mojdeh Malekan dated 2/21/2023 re: Order dated 2/16/2023 regarding Plaintiff's basis for its assertion that diversity of citizenship exists in relation Midland Funding LLC. Document filed by Windward Bora LLC. (Attachments: # 1 Exhibit A – Judgment, # 2 Exhibit B – Operating Agreement, # 3 Exhibit C – Certificate of Naturalization, # 4 Exhibit D – Midland Disclosure Statement, # 5 Exhibit E – Encore Form 8–K).(Malekan, Mojdeh) (Entered: 02/21/2023) |
| 03/20/2023 | 87 | OPINION AND ORDER re: 68 CROSS MOTION for Summary Judgment . filed by Alexandria Loaiza, John Sotomayor, 59 MOTION for Summary Judgment . filed by Windward Bora LLC. For the foregoing reasons, Plaintiff's motion is GRANTED in part and DENIED in part. Summary judgment is GRANTED for Plaintiff against Defendants Sotomayor and Loaiza. The cross–motion for summary judgment of Defendants Sotomayor and Loaiza is DENIED. Plaintiff's motion for a default judgment against American Express Centurion Bank, Midland Funding LLC, and Capital One Bank (USA), N.A. is DENIED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to terminate the pending motions. (ECF Nos. 59, 68.) SO ORDERED. (Signed by Judge Cathy Seibel on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 04/10/2023 | 88 | NOTICE OF INTERLOCUTORY APPEAL from 87 Memorandum & Opinion,,,. Document filed by Alexandria Loaiza, John Sotomayor. Filing fee $ 505.00, receipt number ANYSDC–27584559. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Tierney, James) (Entered: 04/10/2023) |
| 04/10/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 88 Notice of Interlocutory Appeal,..(nd) (Entered: 04/10/2023) |
| 04/10/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 88 Notice of Interlocutory Appeal, filed by Alexandria Loaiza, John Sotomayor were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/10/2023) |